UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KAMARIO SMITH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES DZURENDA, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-01692-APG-VCF<br><br>**ORDER EXTENDING STAY** |

　　　This case was referred to the District Court's Inmate Early Mediation Program ("IEM") on October 10, 2019 (ECF 3). The case was stayed for ninety (90) days to January 8, 2020, to allow the Plaintiff and Defendants an opportunity to settle their dispute. Plaintiff Kamario Smith passed on November 25, 2019 (ECF 7). Therefore, the Inmate Early Mediation Conference scheduled for December 20, 2019 was vacated (ECF 8). On April 20, 2020, Linda Smith was granted permission to substitute as his representative (ECF 14). The pandemic caused further delay and the mediation session with a court-appointed mediator was not held. The Court now extends the stay until two days after the scheduled IEM. The status report is also due on that date. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

For the foregoing reasons, it is ordered that the stay is extended until two days after the IEM. The Office of the Attorney General will file the report form regarding the results of the stay by that date.

**IT IS SO ORDERED.**

DATED: August   5th  , 2020.

                              UNITED STATES MAGISTRATE JUDGE