AARON D. FORD
 Attorney General
AMY A. PORRAY (Bar No. 9596)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3216 (phone)
(702) 486-3773 (fax)
Email: aporray@ag.nv.gov

*Attorneys for Defendant Brian Williams, Sr.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAMARIO SMITH,<br><br>          Plaintiff,<br><br> v.<br><br>JAMES DZURENDA, *et al.*,<br><br>          Defendants. | Case No. 2:18-cv-01692-APG-VCF<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR DEFENDANT, BRIAN WILLIAMS, TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS AND ENLARGING THE DEADLINE TO FILE MOTIONS TO AMEND PLEADINGS/ADD PARTIES [FIRST REQUEST]** |

Plaintiff, Linda Smith (Smith), by and through her attorney, Travis N. Barrick, of GALLIAM WELKER & BECKSTROM, LC, and Defendant Brian Williams, Sr. (Williams), by and through counsel, Aaron D. Ford, Nevada Attorney General, and Amy A. Porray, Deputy Attorney General, hereby stipulate and agree that the deadline for Williams to respond to Plaintiff's First Request for Production of Documents (1-17) shall be enlarged from March 1, 2021, to **March 25, 2021**, and the deadline for Williams to respond to Plaintiff's First Request for Admissions to Defendant, Brian Williams, Sr. (1-19) and Plaintiff's First Interrogatories to Defendant Brian Williams, Sr. (1-19), shall be enlarged from March 5, 2021, until **March 25, 2021**.

The parties hereby further stipulate and agree that the deadline to file all motions to amend the pleadings and add parties shall be enlarged from March 23, 2021, until **April 9, 2021**, due to the enlargement of time for Williams to respond to Smith's Discovery requests.

The parties hereby further stipulate and agree that the above stipulations are made in good faith and not for the purposes of delay.

DATED this 2nd day of March, 2021.              DATED this 2nd day of March, 2021.

GALLIAN WELKER & BECKSTROM, LC         AARON D. FORD
                                                                            Attorney General

By: /s/Travis N. Barrick                                      By: /s/Amy A. Porray
    Travis N. Barrick (Bar No. 9257)                       Amy A. Porray (Bar No. 9596)
    540 E. St. Louis Avenue                                     Deputy Attorney General
    Las Vegas, Nevada 89104                                  *Attorneys for Defendants*
    Email: tbarrick@vegascase.com
    *Attorney for Plaintiff, Linda Smith,*
    *Personal Representative on behalf*
    *of Kamario Smith*

**IT IS SO ORDERED.**

DATED: 3-2-2021

_____
UNITED STATES MAGISTRATE JUDGE