1  AARON D. FORD
   Attorney General
2  AMY A. PORRAY (Bar No. 9596)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 East Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-3216 (phone)
   (702) 486-3773 (fax)
6  Email: aporray@ag.nv.gov

7  *Attorneys for Defendant Brian Williams, Sr.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| KAMARIO SMITH, | Case No. 2:18-cv-01692-APG-VCF |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO ENLARGE TIME FOR DEFENDANT, BRIAN WILLIAMS, TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS AND ENLARGING THE DEADLINE TO FILE MOTIONS AMEND PLEADINGS/ADD PARTIES [SECOND REQUEST]** |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

Plaintiff, Linda Smith (Smith), by and through her attorney, Travis N. Barrick, of GALLIAM WELKER & BECKSTROM, LC, and Defendant Brian Williams, Sr. (Williams), by and through counsel, Aaron D. Ford, Nevada Attorney General, and Amy A. Porray, Deputy Attorney General, hereby stipulate and agree that the deadline to file all motions to amend the pleadings and add parties shall be enlarged from April 9, 2021, until **May 9, 2021**, to allow for ongoing disclosures and discovery.

The parties hereby further stipulate and agree that the above stipulations are made in good faith and not for the purposes of delay.

DATED this 8th day of April, 2021.

DATED this 8th day of April, 2021.

AARON D. FORD
Attorney General

By: /s/ Travis N. Barrick
Travis N. Barrick (Bar No. 9257)
GALLIAN WELKER & BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
E: tbarrick@vegascase.com
Attorney for Plaintiff, Linda Smith,
Personal Representative on behalf of Kamario Smith

By: /s/ Amy A. Porray
Amy A. Porray (Bar No. 9596)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   4-9-2021