**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

KAMARIO SMITH,

    Plaintiff,

vs.

JAMES DZURENDA, *et al.*,

    Defendants.

2:18-cv-01692-APG-VCF

**ORDER**

Before the Court is the Motion for Extension of Time to Reply to Plaintiff's Motion for an Order to Show Cause (ECF No. 55). Due to counsel's medical illness, The Inspector General's Office requests an extension from July 20, 2021, to July 30, 2021, to file a response to the instant motion.

Accordingly, and for good cause shown, IT IS HEREBY ORDERED that the Motion for Extension of Time to Reply to Plaintiff's Motion for an Order to Show Cause (ECF No. 55) is GRANTED. The Inspector General's Office's opposition to the Motion for an Order to Show Cause (ECF NO. 55) must be filed on or before July 30, 2021.

DATED this 23rd day of July, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE