UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

KAMARIO SMITH,

    Plaintiff,

vs.

JAMES DZURENDA, *et al.*,

    Defendants.

2:18-cv-01692-APG-VCF

**ORDER**

Before the Court is the Motion for an Extension of Time to File Dispositive Motions (ECF No. 56). No opposition has been filed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly,

IT IS HEREBY ORDERED that the Motion for an Extension of Time to File Dispositive Motions (ECF No. 56) is GRANTED.

DATED this 31st day of August, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE