# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

KAMARIO SMITH,

    Plaintiff,

vs.

JAMES DZURENDA, *et al.*,

    Defendant.

2:18-cv-01692-APG-VCF

**ORDER**

    Plaintiff filed his Motion for Order to Show Cause stating that Defendants failed to comply with the Court's Minute Order (ECF NO. 53). (ECF NO. 54). The Inspector General filed a response stating that the IG has provided Plaintiff with the unredacted IG records at issue. (ECF NO. 59). No reply filed.

    Accordingly,

    IT IS HEREBY ORDERED that Motion for Order to Show Cause (ECF NO. 54) is DENIED as moot.

    DATED this 10th day of September, 2021.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE