UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SMITH, Special Administrator of the Estate of KAMARIO SMITH,<br><br>Plaintiff<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>Defendants | Case No.: 2:18-cv-01692-APG-VCF<br><br>**Order Granting in part Motion to Seal**<br><br>[ECF No. 65] |

Defendant Brian Williams moves to seal certain exhibits to his summary judgment motion because they contain medical information of the deceased, Kamario Smith. Plaintiff Linda Smith, special administrator of Kamario Smith's estate, opposes sealing because she believes the records are material to the claims at issue in this case.

This case put at issue Kamario Smith's medical treatment, and the special administrator of his estate does not wish to assert a privacy interest on his behalf. However, the documents contain personal identifiers that must be redacted before publicly accessible versions of those documents are placed in the record. *See* Local Rule IC 6-1. I therefore grant the motion to the limited extent that the personal identifiers must be redacted.

I THEREFORE ORDER that defendant Brian Williams' motion to seal **(ECF No. 65) is GRANTED IN PART**. Because ECF No. 66 contains personal identifiers such as birth dates and social security numbers that must be redacted under Local Rule IC 6-1, **ECF No. 66 shall remain SEALED**.

/ / / /

/ / / /

I FURTHER ORDER that by February 11, 2022, defendant Brian Williams shall file a publicly accessible version of the exhibits that have been redacted in compliance with Local Rule IC 6-1.

DATED this 1st day of February, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE