**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

KAMARIO SMITH,

        Plaintiff,

v.

JAMES DZURENDA, et al.,

        Defendants.

2:18-cv-01692-JAD-VCF

**ORDER**

Before the court is defendants' motion to compel production of documents (ECF No. 89).

Accordingly,

IT IS HEREBY ORDERED that a telephonic hearing is scheduled for 11:00 AM, April 12, 2022, on the motion to compel production of documents (ECF No. 89).

The call-in telephone number is (888) 273-3658, access code: 3912597.  The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

DATED this 1st day of April 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE