# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SMITH, Special Administrator of the Estate of KAMARIO SMITH, <br><br> Plaintiff <br><br> v. <br><br> JAMES DZURENDA, et al., <br><br> Defendants | Case No.: 2:18-cv-01692-APG-VCF <br><br> **Order** |

The parties advised the court that they were finalizing negotiations in this matter and would file a stipulation to dismiss or a status report by August 15, 2022. ECF No. 109. The parties have not filed either a stipulation to dismiss or a status report.

I THEREFORE ORDER the parties to file a stipulation to dismiss or a status report by September 16, 2022.

DATED this 6th day of September, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE