# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SMITH, Special Administrator of the Estate of KAMARIO SMITH,<br><br>Plaintiff<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>Defendants | Case No.: 2:18-cv-01692-APG-VCF<br><br>**Order** |

In light of the parties' settlement (ECF No. 116),

I ORDER that the defendants' objection **(ECF No. 97) is DENIED as moot**, without prejudice to refile it if the settlement is not completed.

DATED this 4th day of January, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE