AARON D. FORD
  Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-4070 (phone)
(702) 486-3773 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendant Jason Arrey,
Bob Faulkner, David Fierro, Dillyn Keith,
and Brian Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KAMARIO SMITH, | Case No. 2:18-cv-01692-APG-VCF |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

    Plaintiff, Linda Smith (Smith), by and through her attorney, Travis N. Barrick, of GALLIAN WELKER & ASSOCIATES, LC, and Defendants Jason Arrey, Bob Faulkner, David Fierro, Dillyn Keith and Brian Williams (Defendants) by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this case be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

The parties further stipulate and agree that the parties are to bear their own attorney's fees and costs. As the parties have resolved this matter in its entirety, the Court may close this case. Any outstanding deadlines are considered moot.

DATED this 20th day of January, 2023.                DATED this 20th day of January, 2023.

                                                     AARON D. FORD
                                                     Attorney General

By: _____                  By: /s/ Samuel L. Pezone, Jr._____
Travis N. Barrick (Bar No. 9257)  1/20/23            Samuel L. Pezone Jr. (Bar No. 15978)
GALLIAN WELKER & ASSOCIATES, LC                      Deputy Attorney General
730 Las Vegas Blvd. S., Ste. 104                     *Attorneys for Defendants*
Las Vegas, Nevada 89101
T: (702) 892-3500
E: tbarrick@vegascase.com
Attorneys for Plaintiff, Linda Smith,
Personal Representative on behalf of Kamario Smith

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:      January 23, 2023